**Motion Denied and Order filed August 29, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00449-CV
_____

**JEFFERY A. HARBERSON, Appellant**

**V.**

**WILLIAM C. KENDRICK, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CV-0060**

## ORDER

Appellant is proceeding pro se. His brief was due on December 6, 2018. Due to certain circumstances unique to this case, we have granted appellant more than eight months of extensions of time to file his brief. The most recent due date was August 22, 2019. When we granted the extension to that date, we noted no further extensions would be granted.

Appellant has sought another extension of time to file his brief, contending he needs "records" from this case before he can file his brief. His communications with this court indicate he believes there may be confusion about the record in this case

and the record in his appeal pending in the First Court of Appeals. *See Harberson v. Strickland*, No. 01-18-00290-CV ("the First Court Appeal").

The proceeding underlying the First Court Appeal is cause number 16-CV-0861 in the 405th District Court of Galveston County. The court reporter for the First Court Appeal is Cylena Korkmas. The proceeding underlying this appeal is cause number 17-CV-0060 in the 212th District Court of Galveston County. The court reporter for this appeal is Jennifer Hall. It is unclear to us how there could be confusion about the records in the two appeals given that the appeals stem from different trial court causes and involve different court reporters.

According to the online docket sheet for the First Court Appeal, the clerk's record was filed in May 2018 and the court reporter notified the court of appeals in April 2018 that no reporter's record was taken. Likewise, the clerk's record in this appeal was filed in June 2018 and the court reporter notified us on November 6, 2018 that no reporter's record was taken. But while appellant filed a brief in the First Court Appeal on May 21, 2019, he has not filed a brief in this appeal.

Pro se litigants are not exempt from the rules of procedure. *In re K.M.L.*, 443 S.W.3d 101, 119 (Tex. 2014). They are held to the same standards that apply to licensed attorneys. *In re Foster*, 503 S.W.3d 606, 607 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding).

Therefore, we deny appellant's motion to extend time to file his brief and order as follows: If appellant's brief is not filed on or before **September 30, 2019**, we will dismiss the appeal for want of prosecution without further order of the court. *See* Tex. R. App. P. 42.3(b). **Absent extraordinary circumstances, the court will not extend this deadline.** The appellate record is available to be viewed in or checked out from the office of the clerk of this court.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.